IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TURHAN REDDEN | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| THE KING'S CORNER PUB, LLC, *et al.* | : | NO. 16-6152 |
| | : | |

# **O R D E R**

**AND NOW**, this 27th day of October, 2017, upon consideration of the proposed Settlement Agreement and Release of Claims, and the Joint Motion For An Order Approving Settlement (ECF No. 19), it is **ORDERED** that the Joint Motion is **GRANTED**, the settlement is approved, and this action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**